IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| O.M., by and through his parents, NICOLE McWHIRTER AND ARRAN McWHIRTER, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>ORANGE COUNTY, N.C. BOARD OF EDUCATION, <br><br>　　　　　　Defendant. | 1:09-CV-692 |

## ORDER

The Recommendation of the United States Magistrate Judge (Doc. 37) was filed in accordance with 28 U.S.C. § 636(b) and, on February 22, 2013, was served on the parties. No objections were filed within the time limits prescribed by § 636. After review, the Court adopts the Magistrate Judge's Recommendation.

For the reasons stated by the Magistrate Judge, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 19) is **DENIED;**

2. Plaintiffs' Motion for Judgment on the Pleadings (Doc. 22) is **DENIED.**

This the 25th day of March, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE